**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MATTHEW WORSHAM, | CASE NO. CV 09-03406 DMG (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| SHERIFF, SAN BERNARDINO COUNTY, | |
| Respondent. | |

This matter came before the Court on the Petition of EDWARD MATTHEW WORSHAM, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: June 24, 2010

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE